Melissa M. Haggerty
OSB# 125132
THOMAS, COON, NEWTON & FROST
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: mhaggerty@tcnf.legal

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| JEFFREY W. MATHEWSON<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br>Defendant. | Case No.: 3:18-cv-01612-SB<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2,754.80 will be awarded to Plaintiff in care of his attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to his attorney, Melissa M. Haggerty, at Ms. Haggerty's address: 820 SW 2nd Ave Ste 200, Portland OR 97204. There are no costs or expenses.

Dated this 27th day of September, 2019.

_____
Stacie F. Beckerman
United States Magistrate Judge

Presented by:
Melissa M. Haggerty
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff