Scott A. Sell, OSB# 144297
Thomas, Coon, Newton & Frost
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Phone: 503-228-5222
Fax: 503-273-9175
Email: ssell@tcnf.legal
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEFFREY W. MATHEWSON,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | Case No. 3:18-cv-01612-SB<br><br>ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES UNDER 42 U.S.C § 406(B) |

It is hereby ORDERED that attorneys' fees in the amount of $29,850.00 are awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Plaintiff has been awarded attorney fees in the amount of $2,754.80 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less the $2,754.80 already awarded under the EAJA and an administrative assessment pursuant to 42 U.S.C. 406(d), may be paid to Scott A. Sell, Thomas, Coon, Newton & Frost, 820

SW Second Ave., Suite 200, Portland OR 97204, consistent with this order.

DATED this 21st day of September, 2020.

_____
Hon. Stacie F. Beckerman
U.S. Magistrate Judge


Presented by:
Scott A. Sell

Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff